# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alex Inskeep, | No. CV-24-01478-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Property Group LLC, | |
| Defendant. | |

This matter is before the Court on the Notice of Voluntary Dismissal Without Prejudice (Doc. 8), filed by Plaintiff on September 10, 2024. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action has been dismissed without prejudice.

Accordingly,

**IT IS ORDERED directing** the Clerk of Court to terminate this action in its entirety.

Dated this 10th day of September, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge